UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 21-mj-00018 |
| Plaintiff, | |
| vs. | MOTION TO UNSEAL CASE |
| PHILLIP POND, | |
| Defendant. | |

The United States of America, by and through its undersigned Assistant United States Attorney, and pursuant to Fed. R. Crim. P. 6(e)(4), respectfully moves the Court for an order unsealing the case in the above-captioned matter, as the reasons for sealing this case at the time no longer apply.

Respectfully submitted this 16th day of February, 2021.

RONALD A. PARSONS, JR.
United States Attorney
By:

*Heather Sazama*

HEATHER SAZAMA
Assistant United States Attorney
201 Federal Bldg., 515 Ninth Street
Rapid City, SD 57701
Telephone: 605-342-7822
Facsimile: 605-342-1108
E-Mail: Heather.Sazama@usdoj.gov